1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IRMA JANET RODRIGUEZ, an individual, | Case No.: **5:24-cv-01341-JVS-SK** |
|---|---|
| Plaintiffs, | *Assigned District Judge: Hon. James V. Selna* |
| vs. | *Assigned Magistrate Judge: Steve Kim* |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | **ORDER OF DISMISSAL [21]** |
| Defendants, | |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: July 15, 2025

By: /s/ James V. Selna
United States District Judge
James V. Selna